

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCELO INSUASTI,<br><br>    Plaintiff,<br><br>vs.<br><br>VB3, LLC, GIUSEPPE RUSSO, individually, GARY LEFF, individually, and RICKY LEFF, individually,<br><br>    Defendants. | Civil Action No.: 2:18-cv-06038-JLL-CLW<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

This matter in the above-captioned action having been amicably resolved by and between Plaintiff Marcello Insuasti and Defendants, VB3, LLC, Giuseppe Russo, individually, Gary Leff, individually, and Ricky Leff, individually, it is hereby stipulated and agreed pursuant to Fed. R. of Civ. P. 41(a), that Plaintiff's claims hereby are, dismissed with prejudice and without costs or attorneys' fees against any party.

Dated: May 22, 2018

Joslyn F. McMahon, Esq.
Schiller McMahon, LLC
123 South Avenue East, 2nd Floor
Westfield, New Jersey 07090
Attorney for Defendants

Dated: May 22, 2018

/s Andrew I. Glenn
Andrew I. Glenn, Esquire
Jaffe Glenn Law Group, P.A.
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Attorneys for Plaintiff

IT IS SO ORDERED:

JOSE L. LINARES, U.S.D.J.

Dated: 6/3/18

1